UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJO JUAREZ RUIZ (A# 072 985 450),

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-01700 DJC SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 14, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations for the reasons indicated in their prior responsive pleading.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by

the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are adopted in full.

2. Petitioner's petition for writ of habeas corpus is GRANTED on Count 4 (substantive due process) as follows:

   a. Respondents shall IMMEDIATELY RELEASE Petitioner Alejo Juarez Ruiz (A# 072-985-450) from custody. At the time of release, Respondents must return all of Petitioner's documents and possessions.

   b. Respondents may place Petitioner on appropriate conditions of supervision upon release.

3. The Clerk is directed to:

   a. Serve the **California City Detention Center** with a copy of this Order; and

   b. Enter judgment in Petitioner's favor and close the case.

4. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of the order.

IT IS SO ORDERED.

Dated: **August 7, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE